UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION


DAVID  DEBOARD, JR.,                         )
                                             )
                    Plaintiff,               )
                                             )
            vs.                              )          No. 1:13-cv-00490-TWP-TAB
                                             )
HOLIDAY INN NORTH AT THE                     )
PYRAMIDS,                                    )
                                             )
                    Defendant.               )


**ORDER ON MARCH 31, 2015, SETTLEMENT CONFERENCE**

Parties appeared in person and by counsel March 31, 2015, for a settlement conference.

Settlement discussions were held, and this case is now settled.  Given that the settlement will

require 18 months to effectuate, the parties shall, within 30 days, file a motion to

administratively close the case without prejudice to re-open the case.  Once the settlement has

been fully effectuated, counsel shall file a joint stipulation of dismissal.

Dated:  4/6/2015


_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

Andrew James Norris
RILEY BENNETT & EGLOFF LLP
anorris@rbelaw.com

Kevin Nicholas Tharp
RILEY BENNETT & EGLOFF LLP
ktharp@rbelaw.com

Ryan R. Frasher
RYAN FRASHER P.C.
rfrasher@frasherlaw.com

Eric G. Calhoun
TRAVIS, CALHOUN & CONLON PC
eric@travislaw.com