IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAVID DeBOARD, JR., Individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case Number 1:13-cv-00490-TWP-TAB |
| HOLIDAY INN NORTH INDIANAPOLIS AT THE PYRAMIDS, ) ) ) | |
| Defendant. ) | |

## JOINT MOTION TO ADMINISTRATIVELY CLOSE CASE

Come now Plaintiff, David DeBoard, Jr. and Defendant, Holiday Inn North Indianapolis at the Pyramids, by their respective counsel, pursuant to the Court's April 6, 2015 Order [Doc. No. 36], and moves the Court to administratively close this case pending the parties' performance of their respective settlement obligations, without prejudice to re-opening the case if necessary.

WHEREFORE, the parties move the Court to administratively close this case, without prejudice to re-opening the case if necessary, and for all other relief just and proper in the premises.

| THE FRASHER LAW FIRM, P.C. | RILEY BENNETT & EGLOFF, LLP |
|---|---|
| s/ Ryan Frasher | s/ Kevin N. Tharp |
| Ryan Frasher | Kevin N. Tharp |
| No. 27108-49 | No. 22548-53 |
| Attorney for Plaintiff, | Attorney for Defendant, |
| David DeBoard, Jr., individually and | Holiday Inn North Indianapolis at the |
| on behalf of all others similarly situated | Pyramids |
| | |
| The Frasher Law Firm, P.C. | RILEY BENNETT & EGLOFF, LLP |
| 155 East Market Street, Suite 450 | Fourth Floor |
| Indianapolis, Indiana 46204 | 141 E. Washington Street |
| (317) 634-5544 | Indianapolis, Indiana 46204 |
| (317) 630-4824 (Fax) | (317) 636-8000 |
| | (317) 636-8027 (Fax) |

1

{00955024- }

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of May, 2015, a copy of the foregoing *Joint Motion to Administratively Close Case* was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Eric G. Calhoun
Travis & Calhoun, P.C.
**eric@travislaw.com**

Ryan R. Frasher
The Frasher Law Firm, P.C.
**rfrasher@frasherlaw.com**

       s/ Kevin N. Tharp
       Kevin N. Tharp

KNT/pac/70092.002

2

{00955024- }